JOHN T. GALLAGHER, Respondent, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Gallagher* v. *Fidelity & Casualty Co.,* 163 App. Div. 556, affirmed.
(Argued October 9, 1917; decided October 23, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 6, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of accident insurance. Plaintiff sustained a sunstroke resulting in disability for a period of weeks for which he claimed indemnity under the policy. Defendant contended that plaintiff failed to show that the sunstroke was "suffered through accidental means" within the meaning of the policy.

*Edwin A. Jones* for appellant.

*James F. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.